# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-207-JAD-MDC |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| JEFFREY KING, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by Jeffrey King to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Jeffrey King pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 22; Plea Agreement, ECF No. 23; Preliminary Order of Forfeiture, ECF No. 24.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 6, 2024, through July 5, 2024, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 26-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 25.

On June 17, 2024, the United States Attorney's Office served Bernard Brock at Lake Scene Street with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 25-1, p. 3, 6-12, 14-15.

On June 17, 2024, the United States Attorney's Office attempted to serve Bernard Brock at Cadrow Castle Court with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail and certified mail were both returned as not deliverable as addressed, attempted not known, and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 25-1, p. 3, 6-12, 16-18.

On June 17, 2024, the United States Attorney's Office attempted to serve Bernard Brock at Moccasin Point Street with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail and certified mail were both returned as forward time expired. Notice of Filing Service of Process – Mailing, ECF No. 25-1, p. 3, 6-12, 19-21.

On June 17, 2024, the United States Attorney's Office served Debra King at Lake Scene Street with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 25-1, p. 3, 6-12, 22-23.

On June 17, 2024, the United States Attorney's Office attempted to serve Debra King at Cadrow Castle Court with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail and certified mail were both returned as not deliverable as addressed, attempted not known, and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 25-1, p. 3, 6-12, 24-26.

On June 17, 2024, the United States Attorney's Office attempted to serve Debra King at Moccasin Point Street with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail

and certified mail were both returned as forward time expired. Notice of Filing Service of Process – Mailing, ECF No. 25-1, p. 4, 6-12, 27-29.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Apple iPhone 6 Plus, Model No. NGAW2, Serial No. DQGQ600EG5QL, IMEI 354455066818244 (property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Jeffrey King, Bernard Brock, Debra King, and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _September 4_, 2024.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE